**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAR 12 2025 9:39 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** |
| **Plaintiff,** | |
| **v.** | **JUDGE** $\quad$ 2:25-CR-36 <br> Judge Sargus |
| **JOSHUA BOCK** | **INFORMATION** |
| **Defendant.** | **18 U.S.C. §§ 2252(a)(2) & (b)(1)** <br> **18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)** <br><br> **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(Distribution of Child Pornography)

1.      From in or about March 2023 through in or about April 2024, the exact dates being unknown, in the Southern District of Ohio, the defendant, **JOSHUA BOCK**, having been previously convicted of an offense under the laws of Ohio relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Franklin County Court of Common Pleas, case number 11CR1083, by Judgment Entry dated October 31, 2011, for Sexual Imposition, in violation of Ohio Revised Code Section 2907.06 – did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet and a cellular phone, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting

prepubescent and toddler-aged or infant children engaged in sex acts with adults, bestiality, subjected to sadistic and masochistic abuse, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT TWO
(Possession of Child Pornography)

2. On or about September 19, 2024, in the Southern District of Ohio, the defendant, **JOSHUA BOCK**, having been previously convicted of an offense under the laws of Ohio relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Franklin County Court of Common Pleas, case number 11CR1083, by Judgment Entry dated October 31, 2011, for Sexual Imposition, in violation of Ohio Revised Code Section 2907.06 – knowingly possessed matter, that is, digital media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION

3. Upon conviction of the offenses set forth in Counts One and Two of this Information, the defendant, **JOSHUA BOCK**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds

obtained from such offense; and (3) any property, real or personal, used or intended to be used to

commit or to promote the commission of such offense or any property traceable to such property,

including but not limited to:

i. A Samsung Galaxy S9 cellular phone, including its contents;
ii. An MSI laptop, including its contents;
iii. A Western Digital Hard Drive, labeled "Porn2" with Serial Number WX52D41EHTIX, including its contents;
iv. A Western Digital Hard Drive labeled "Porn", including its contents;
v. A Samsung Galaxy S6 cellular phone, including its contents;
vi. An insignia hard drive, including its contents;
vii. A red San Disk flash Drive, including its contents;
viii. A white San Disk flash Drive, including its contents;
ix. A Relay flash Drive, including its contents;
x. A Microcenter flash Drive, including its contents;
xi. A Dell desktop computer, including its contents;
xii. An Acer laptop, including its contents;
xiii. A Cisco flip video player, including its contents;
xiv. A Dell Inspiron laptop, including its contents; and
xv. Printed photos of child exploitation material.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**KELLY A. NORRIS**
Acting United States Attorney

*Emily Czerniejewski*

_____

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney

3